

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:22 cr 70 TPB-TGW
     18 U.S.C. § 922(g)(1)

ELIJAH HOWARD,
    a/k/a "_rts3"

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about December 21, 2021, in the Middle District of Florida, the defendant,

ELIJAH HOWARD,
a/k/a "_rts3,"

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Felon in Possession of a Firearm, on or about March 5, 2019;

2. Burglary of an Unoccupied Structure, on or about March 5, 2019; and

3. Fleeing to Elude Highspeed, on or about March 5, 2019,

did knowingly possess, in and affecting commerce, a firearm and ammunition, that is, a Glock-19 firearm and 9-mm ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## **FORFEITURE**

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following:

    (a) a Glock-19 firearm, serial number BHCK666; and

    (b) approximately thirty-four (34) rounds of 9-mm ammunition.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: *Cherie Krigsman, AUSA*
for Daniel J. Marcet
Assistant United States Attorney

By: *Cherie Krigsm*
Cherie Krigsman
Assistant United States Attorney
Chief, National Security and Cybercrime Section

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

ELIJAH HOWARD
a/k/a "_rts3"

INDICTMENT

Violations: 18 U.S.C. § 922(g)(1)

A true bill,

███████████████████
Foreperson

Filed in open court this 23rd day

of February 2022.

_____
Clerk

Bail $_____

GPO 863 525